IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH J. HERSCHELL ADMINISTRATRIX OF THE ESTATE OF DONALD B. HERSCHELL,<br>    Plaintiff(s)<br>v.<br>BRISTOL-MYERS SQUIBB PFIZER, INC.<br>    Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 15-cv-5808 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) DEBORAH J. HERSCHELL and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) BRISTOL-MYERS SQUIBB and PFIZER, INC.

Date: August 10, 2015

_[signature]_
Signature of plaintiffs or plaintiff's counsel

113 E 37th St.
Address

New York, NY 10016
City, State & Zip Code

1-212-684-1880
Telephone Number