IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/15

| | |
|---|---|
| DEBORAH J. HERSCHELL ADMINISTRATRIX OF THE ESTATE OF DONALD B. HERSCHELL, <br> Plaintiff(s) <br> v. <br><br> BRISTOL-MYERS SQUIBB PFIZER, INC. <br><br> Defendant(s) | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) <br><br> Case No.: 15-cv-5808 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) <u>DEBORAH J. HERSCHELL</u> and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) <u>BRISTOL-MYERS SQUIBB and PFIZER, INC.</u>

Date: August 10, 2015

_____
Signature of plaintiffs or plaintiff's counsel

113 E 37th St.
Address

New York, NY 10016
City, State & Zip Code

1-212-684-1880
Telephone Number

SO ORDERED
_____
/s/ Jed S. Rakoff
USDJ
8-16-15